Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                            04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | White Behavioral Consultants, PC |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | DBA  WBC Counseling |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 16-1679892 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  8821 Indigo Lane  Ypsilanti, MI 48197  Number, Street, City, State & ZIP Code  Washtenaw  County | **Mailing address, if different from principal place of business**  1606 S. Huron St.  Box 970590  Ypsilanti, MI 48197  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  24 Frank Lloyd Wright Drive  Suite L-4000 Ann Arbor, MI 48105  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | https://wbccounseling.com/ | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  White Behavioral Consultants, PC          Case number (*if known*)
         Name

**7. Describe debtor's business**  A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __6213__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

| Debtor | White Behavioral Consultants, PC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  White Behavioral Consultants, PC                                  Case number (*if known*)
       *Name*

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | White Behavioral Consultants, PC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 6, 2025
MM / DD / YYYY

**X** /s/ Michele White          Michele White
Signature of authorized representative of debtor          Printed name

Title  Owner

**18. Signature of attorney**

**X** /s/ Yuliy Osipov          Date  August 6, 2025
Signature of attorney for debtor          MM / DD / YYYY

Yuliy Osipov P59486
Printed name

OSIPOV BIGELMAN, P.C.
Firm name

20700 Civic Center Drive, Suite 420
Southfield, MI 48076
Number, Street, City, State & ZIP Code

Contact phone  248.663.1800          Email address  yo@osbig.com

P59486 MI
Bar number and State

| | | |
|---|---|---|
| American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | Awards Network<br>2700 Monroe Street<br>La Porte, IN 46350 | Capital One Business Credit Card<br>Attn: General Correspondence<br>PO Box 30285 |
| Dr. Michele White<br>8821 Indigo Lane<br>Ypsilanti, MI 48197 | Empire Management<br>2864 Carpenter Road<br>Ann Arbor, MI 48108 | Fundworks<br>299 South Main Street<br>Suite 1300 PMB 93894<br>Salt Lake City, UT 84111 |
| Guideline 401k<br>1412 Chapin Avenue<br>Burlingame, CA 94010 | HireRight<br>100 Centerview Drive, Suite 300<br>Nashville, TN 37214 | Kapitus Servicing<br>2500 Discovery Boulevard<br>Suite 200<br>Rockwall, TX 75032 |
| Maner Costerisan<br>2425 E Grand River, Suite 1<br>Lansing, MI 48912-3291 | Nguyen Ballato<br>2201 Libbie Ave<br>Richmond, VA 23230 | Regus Management Group, LLC<br>15305 Dallas Parkway<br>Suite 1500<br>Addison, TX 75001-6768 |
| Stericycle, Inc.<br>2355 Waukegan Rd<br>Deerfield, IL 60015 | Tebra Techologies, Inc.<br>1111 Bayside Drive, Suite 270<br>Corona Del Mar, CA 92625 | US Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155 |
| Xerox Business Solutions Midwest<br>3 Territorial Court<br>Bolingbrook, IL 60440 | | |