UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 25-47902-tjt

**White Behavioral Consultants, PC.,**              Subchapter V – Chapter 11

    Debtor.                                     Hon. Thomas J. Tucker

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Kimberly Ross Clayson**
**Taft Stettinius & Hollister, LLP**
**27777 Franklin Rd., Ste. 2500**
**Southfield, MI 48034**
**(248) 727.1635**
**Email: kclayson@taftlaw.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

    Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
Regions 3 and 9

By: /s/ Timothy Graves
Trial Attorney
Office of the U.S. Trustee
211 West Fort St - Suite 700
Detroit, Michigan 48226
(313) 226-7259
Timothy.Graves@usdoj.gov

Date: August 7, 2025

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 25-47920-tjt

**White Behavioral Consultants, PC.,**              Subchapter V – Chapter 11

    Debtor.                                         Hon. Thomas J. Tucker

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of **Kimberly Ross Clayson** as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $400.00,[1] in addition to seeking reimbursement for any actual and necessary expenses I incur.

---

[1] Subject to annual increase at the start of each calendar year.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Respectfully submitted,

By: /s/ Kimberly Ross Clayson
**Taft Stettinius & Hollister, LLP**
27777 Franklin Rd., Ste. 2500
Southfield, MI 48034
(248) 727-1635
Email: kclayson@taftlaw.com

Date: August 7, 2025