UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

WHITE BEHAVIORAL CONSULTANTS, PC,

                               Case No. 25-47920-TJT
                               Chapter 11, Subchapter V
    Debtor.                        Hon. Thomas J. Tucker
_____/

## ORDER SETTING IN PERSON HEARING ON DEBTOR'S FIRST DAY MOTIONS (1) FOR AUTHORITY TO PAY PRE-PETITION WAGES AND (2) FOR USE OF CASH COLLATERAL

Upon the filing of the above-captioned motion(s),

IT IS HEREBY ORDERED THAT, an *in person* hearing on the above-captioned motion(s) shall be held on **Thursday August 14, 2025 at 11:00 a.m.**, in the Courtroom of the **Honorable Maria L. Oxholm**, **211 W. Fort St., Suite 1875, Detroit, Michigan 48226**.

IT IS FURTHER ORDERED THAT the deadline to file an Objection to the First Day Motion(s) is Wednesday August 13, 2025 at 2:00 p.m. (Eastern Time)

IT IS FURTHER ORDERED THAT Debtor shall serve a copy of this Order upon the United States Trustee for the Eastern District of Michigan, all secured creditors, and the Debtor's 20 largest unsecured creditors within 24 hours of its entry, by email or facsimile, where available, and by U.S. Mail otherwise.

**August 11, 2025**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge
Acting in the absence of
Judge Tucker